# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ralph Lynch,

    Petitioner,

        v.                                Case No. 2:07-cv-948

Stewart Hudson, Warden,              Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 10, 2022 (Doc. 145).[1]

The R&R (Doc. 145) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED**. Consistent with the recommendation by the Magistrate Judge (and based on the Suggestion of Death of Petitioner Ralph Lynch (Doc. 144) filed by his counsel), Lynch's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 11) is hereby **DISMISSED** with prejudice. The sole pending motion (Doc. 104) remaining for decision in this case is **DENIED as moot** and Petitioner's outstanding objections (Docs. 133, 141) to the various Reports and Recommendations (Docs. 118, 130, 138) by the Magistrate Judge regarding this motion are **OVERRULED as moot**.

    **IT IS SO ORDERED.**

                                                  /s/ *Michael R. Barrett*
                                                  JUDGE MICHAEL R. BARRETT

---

[1] Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that they may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). No objections to the Magistrate Judge's R&R (Doc. 145) have been filed.